IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00708-BNB

VERNON GALLOWAY,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS,
COLORADO SPRINGS POLICE DEPT.,
PUBLIC DEFENDER OFFICE, and
BARKER AND TOLINI LAW FIRM,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP - 4 2007

GREGORY C. LANGHAM
CLERK

## SECOND ORDER FOR AMENDED COMPLAINT

Plaintiff, Vernon Galloway, currently is held at the Colorado Mental Health Institute at Pueblo (CMHIP) in Pueblo, Colorado. On July 27, 2007, the Court instructed Mr. Galloway to file an Amended Complaint. Although Plaintiff has failed to comply with the July 27, 2007, Order within the time allowed, the Court will allow him an additional thirty days to do so. Mr. Galloway further is instructed that "to state a claim in federal court, a complaint must explain what each defendant did to him or her; when the defendant did it; how the defendant's action harmed him or her; and, what specific legal right the plaintiff believes the defendant violated." **Nasious v. Two Unknown B.I.C.E. Agents**, — F.3d —, 2007 WL 1895877 at *3 (10th Cir. July 3, 2007). Accordingly, it is

ORDERED that Mr. Galloway file **within thirty days from the date of this Order** an Amended Complaint that complies with the pleading requirements of Fed. R.

Civ. P. 8, as discussed in the July 27, 2007, Order, and that explains what defendants did to him; when defendants did it; how defendants' action harmed him; and what specific legal right Plaintiff believes defendants violated. It is

FURTHER ORDERED that the Amended Complaint shall be titled "Amended Prisoner Complaint," and shall be filed with the Clerk of the Court, United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 Nineteenth Street, A105, Denver, Colorado 80294. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Galloway, together with a copy of this Order, two copies of the Prisoner Complaint form for use in submitting the Amended Complaint. It is

FURTHER ORDERED that Mr. Galloway submit sufficient copies of the Amended Complaint to serve each named defendant. It is

FURTHER ORDERED that if Mr. Galloway fails to file an original and sufficient copies of an Amended Complaint that complies with this Order to the Court's satisfaction, within the time allowed, the Complaint and the action will be dismissed without further notice.

DATED September 4, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01281-BNB

Vernon Galloway
Prisoner No. A00196165
CMHIP - HS11
1600 W. 24TH St.
Pueblo, CO 81003

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on 9/4/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk