IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00708-BNB

VERNON GALLOWAY,

     Plaintiff,

v.

CITY OF COLORADO SPRINGS,
COLORADO SPRINGS POLICE DEPT.,
PUBLIC DEFENDER OFFICE, and
BARKER AND TOLINI LAW FIRM,

     Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 1 9 2007

GREGORY C. LANGHAM
CLERK

---

### ORDER OF DISMISSAL

---

On April 2, 2007, Plaintiff Vernon Galloway submitted to the Court a **pro se** Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. At the time Plaintiff initiated the instant action, he was detained at the El Paso Criminal Justice Center in Colorado Springs, Colorado.

On April 6, 2007, Magistrate Judge Boyd N. Boland entered an order directing the Clerk of the Court to commence a civil action and instructing Mr. Galloway to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Galloway to file a certified copy of his trust fund account statement and a new Prisoner Complaint form that includes Page Three of the form and that lists the same named Defendants in both the caption and "Section A." of the form. Plaintiff

was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

The April 6, 2007, Order was returned to the Court, on April 16, 2007, marked "Unknown" and "Temp. out of Custody." Mr. Galloway, nonetheless, submitted a certified copy of his trust fund account statement.

Although Plaintiff failed to submit Page Three of the prisoner complaint form and to list the same Defendants in Section "A. Parties" of the form that he listed in the caption, Magistrate Judge Boland, on July 16, 2007, granted Plaintiff leave to proceed pursuant to § 1915 and ordered him to pay a $38.00 initial partial filing fee. Subsequent to the July 16, 2007, Order, Plaintiff paid the $350.00 filing fee in full.

Magistrate Judge Boland then entered an order on July 27, 2007, in which he determined that Mr. Galloway failed to comply with Fed. R. Civ. P. 8. Magistrate Judge Boland also identified that Plaintiff failed to name appropriate parties to the action and to request the proper relief. Mr. Galloway was instructed to amend the Complaint and comply with the pleading requirements of Rule 8 within thirty days of the July 27, 2007, Order. Plaintiff failed to file an Amended Complaint within the time allowed, but Magistrate Judge Boland allowed Mr. Galloway an additional thirty days to do so. Plaintiff now has failed to communicate with the Court, and as a result he has failed to amend the Complaint within the time allowed.

Upon review of the Complaint, the Court finds that Magistrate Judge Boland correctly determined that Plaintiff should amend the Complaint pursuant to Rule 8. Therefore, the Complaint and action will be dismissed. Accordingly, it is

2

ORDERED that the Complaint and action are dismissed without prejudice for failure to file an Amended Complaint and for failure to prosecute.

DATED at Denver, Colorado, this _18_ day of _____Oct._____, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 07-cv-00708-BNB

Vernon Galloway
Prisoner No. A00196165
CMHIP - HS11
1600 W. 24TH St.
Pueblo, CO 81003

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on _10/19/07_

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk